Herbert A. Wilder, Plaintiff in Error, vs. Alexander
Myrick, Defendant in Error.

Writ of Error to Circuit Court, Duval county.

*Fleming & Fleming and J. W. Archibald,* for Plaintiff in Error.

*J. C. Cooper,* for Defendant in Error.

This action was brought by the plaintiff in error
against the defendant in error. There was judgment
for the defendant, and the plaintiff takes writ of error.
The judgment is affirmed.
Decision Per Curiam.

---

Robert G. Wright and John S. Frazier, copartners under the firm name of Wright & Frazier, Plaintiffs
in Error, vs. Davis Carey, Theodore Carey and W.
H. Grevemyer, copartners under the firm name of
Carey Bros. & Grevemyer, Defendants in Error.

Writ of Error to Circuit Court, Marion county.

*O. T. Green,* for Plaintiffs in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error
against the plaintiffs in error. There was judgment for
the plaintiffs, and the defendants take writ of error.
Writ of error dismissed because no properly certified transcript of record has been filed.